# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2879

_____

United States of America,           \*

                                  \*

          Appellee,           \*

                                  \*   Appeal from the United States

     v.                        \*   District Court for the

                                  \*   District of Nebraska.

Arnulfo Lizarraga-Lopez,       \*    [UNPUBLISHED]

                                  \*

          Appellant.        \*

_____

Submitted:  January 30, 2002

Filed:   February 7, 2002

_____

Before WOLLMAN,[1] Chief Judge, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

      Arnulfo Lizarraga-Lopez pleaded guilty to conspiring to distribute and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. The district court[2] sentenced him to 87 months in prison and 5 years of

_____

    [1]The Honorable Roger L. Wollman stepped down as Chief Judge of the United States Court of Appeals for the Eighth Circuit at the close of business on January 31, 2002. He has been succeeded by the Honorable David R. Hansen.

    [2]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

supervised release. On appeal, counsel has moved to withdraw under <u>Anders v. California</u>, 386 U.S. 738 (1967), and filed a brief raising the issue whether the district court erred in denying Lizarraga-Lopez's motion for downward departure based on his status as a deportable alien and his willingness to waive deportation proceedings.

At sentencing the district court acknowledged its authority to depart, and thus its discretionary decision not to depart under the circumstances in this case is unreviewable. <u>See</u> <u>United States v. Lim</u>, 235 F.3d 382, 385 (8th Cir. 2000).

Moreover, following our independent review, <u>see</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we affirm the sentence, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.